NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

KING PHARMACEUTICALS, INC.
AND KING PHARMACEUTICALS RESEARCH AND
DEVELOPMENT, INC.,
*Plaintiffs-Appellants,*

and

PHARMACEUTICAL IP HOLDING, INC.,
*Plaintiff-Appellant,*

v.

SANDOZ INC.,
*Defendant-Appellee.*

2011-1227

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-5974, Chief Judge Garrett E. Brown, Jr.

## ON MOTION

## ORDER

Pharmaceutical IP Holding, Inc. moves for a 30-day extension of time, until May 25, 2011, for the appellants to file their initial briefs, for a 30-day extension of time, until August 3, 2011, for the appellee to file its response brief, for a 7-day extension of time, until August 24, 2011, for the appellants to file their reply briefs, and for an extension of time, until August 31, 2011, to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles M. Lizza, Esq.
Martin B. Pavane, Esq.
Michelle S. Rhyu, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 4 2011

JAN HORBALY
CLERK